UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
PADDY KALISH,                  )
        Plaintiff,             )
                               )          CIVIL ACTION
v.                             )          NO. 10-10960-DPW
                               )
ENTERPRISE RECOVERY            )
SYSTEMS, INC., et al.,         )
        Defendants.            )
```

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

The Court having been formally advised that the above-entitled action has been settled on **FEBRUARY 2, 2011** with respect to all parties;

IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within **30 days**, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **MARCH 7, 2011.**

                                          BY THE COURT,

                                          /S/ Jarrett Lovett
DATED: February 3, 2011                   Deputy Clerk